# Order

Michigan Supreme Court
Lansing, Michigan

November 3, 2010

139629

ALICIA FLEMING, Minor, by her Conservator,
LORA MOORE,
      Plaintiff-Appellant,

v

SUSAN RICE,
      Defendant,
and

BOTSFORD GENERAL HOSPITAL, VANCE D.
POWELL, JR., D.O., JAMES D. SPENCER, D.O.,
and RICHARD HERMAN, D.O.,
      Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 139629
COA: 283816
Oakland CC: 2006-072140-NH
2005-069020-NH

On order of the Court, the application for leave to appeal the June 2, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2010

_____
Clerk

p1027